**PORTER | SCOTT**

A PROFESSIONAL CORPORATION
William E. Camy, SBN 291397
Lucas M. Dunn, SBN 359744
2180 Harvard Street, Suite 500
Sacramento, CA 95815
TEL: 916.929.1481
FAX: 916.927.3706
wcamy@porterscott.com
ldunn@porterscott.com

Attorneys for Defendant, CITY OF STOCKTON
*Exempt from filing fee pursuant to Government Code section 6103*

## UNITED STATES DISTRICT OF CALIFORNIA
## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALICE TORREZ,<br><br>       Plaintiff,<br><br>vs.<br><br>CITY OF STOCKTON, a public entity; THE NATIONAL RAILROAD PASSENGER CORPORATION (AMTRAK) a quasi-corporation; and DOES 1-25, inclusive,<br><br>       Defendants.<br><br>_____/ | **Case No.: 2:26-cv-00480-JAM-CKD**<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME FOR DEFENDANT CITY OF STOCKTON TO FILE A RESPONSIVE PLEADING**<br><br><br>Compl. Filed: 1/16/2026<br>Trial Date: Not Set |

/ / /

/ / /

/ / /

/ / /

STIPULATION AND ORDER FOR EXTENSION OF TIME FOR DEFENDANT CITY OF STOCKTON TO FILE A
RESPONSIVE PLEADING

IT IS HEREBY STIPULATED by and between Plaintiff ALICE TORREZ and Defendant CITY OF STOCKTON, by and through their undersigned counsel, that the time for Defendant CITY OF STOCKTON to respond to the Complaint shall be extended up to and including March 30, 2026.

This is the second stipulation for an extension of time between the parties, as the parties stipulated to an initial extension on February 24, 2026, to last until March 23, 2026. The parties have been meeting and conferring about potential dismissal of the CITY OF STOCKTON, and request the court grant this extension Pursuant to Local Rule 144, to allow the parties sufficient time to finalize exchange of information and reach a determination as to dismissal.

**IT IS SO STIPULATED.**

Dated:    3/23/2026                               G. ALDRICH LAW, INC.

By:    */s/ George Aldrich*
                 George Aldrich
                 Matthew A. Zavala
                 Attorneys for Plaintiff

Dated:    3/23/2026                               PORTER SCOTT
                                                  A PROFESSIONAL CORPORATION

By:    */s/ William E. Camy*
                 William E. Camy
                 Lucas M. Dunn
                 Attorneys for Defendant CITY OF
                 STOCKTON

STIPULATION AND ORDER FOR EXTENSION OF TIME FOR DEFENDANT CITY OF STOCKTON TO FILE A RESPONSIVE PLEADING

## ORDER

The CITY OF STOCKTON'S responsive pleading is now due on **March 30, 2026**.

IT IS SO ORDERED.

Dated: March 26, 2026

_____
JOHN A. MENDEZ,
SENIOR UNITED STATES DISTRICT JUDGE

STIPULATION AND ORDER FOR EXTENSION OF TIME FOR DEFENDANT CITY OF STOCKTON TO FILE A
RESPONSIVE PLEADING